**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. <u>26-mj- 8501-WM</u>

**UNITED STATES OF AMERICA**

**v.**

**LUIS DAVID GARRIDO GARCIA**

<u>                                         </u>/
            **Defendant.**

FILED BY_____ **SW** _____D.C.

**Jun 28, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

**CRIMINAL COVER SHEET**

1.  Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? ☐ Yes ☑ No

2.  Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? ☐ Yes ☐ No

3.  Did this matter involve the participation of or consultation with now Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? ☐ Yes ☑ No

4.  Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? ☐ Yes ☑ No

5.  Did this matter involve the participation of or consultation with Magistrate Judge Yeney Hernandez during her tenure at the U.S. Attorney's Office, which concluded on April 2, 2026? ☐ Yes ☑ No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

BY: _____
Suzanne Huyler
ASSISTANT UNITED STATES ATTORNEY
District Court No.   A5503350
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:      (561) 820-8711
Fax:      (561) 820-8777
Email:   Suzanne.Huyler@usdoj.gov

AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Luis David Garrido Garcia | ) | Case No.  26-mj- 8501-WM |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | | |

**FILED BY_____SW_____D.C.**

**Jun 28, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. -  WPB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____6/27/26_____ in the county of _____Palm Beach_____ in the
_____Southern_____ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1594(a), 1591(a)(1) and 1591(b)(2) | Attempted Sex Trafficking of a Child |
| 18 U.S.C. §§ 2422(b) | Attempted Coercion and Enticement of a Minor to Engage in Sexual Activity |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

SCOTT J UNGER

Digitally signed by
SCOTT J UNGER
Date: 2026.06.28
00:39:01 -04'00'

_Complainant's signature_

Scott Unger, HSI SA
_Printed name and title_

Sworn to and attested to me by applicant by
telephone (Facetime) per the requirements of
Fed. R. Crim. P.4 (d) and 4.1.

Date: _____06/28/2026_____

_Judge's signature_

City and state: _____West Palm Beach, FL_____          William Matthewman, Chief U.S. Magistrate Judge
_Printed name and title_

**<u>AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT</u>**

I, Scott Unger, having been duly sworn, hereby depose and state:

**<u>INTRODUCTION AND AGENT BACKGROUND</u>**

1. I am a Special Agent with United States Immigration and Customs Enforcement's Homeland Security Investigations ("HSI") and have been so employed since July 2012. Additionally, I am a certified Computer Forensics Agent for HSI, a position that I have held since July 2021. I am currently assigned to the Office of the Assistant-Special-Agent-in-Charge, West Palm Beach, Florida. I am authorized to investigate crimes involving violations of Title 18, Title 8, Title 19, and Title 21 of the United States Code. I am a graduate of the Federal Law Enforcement Training Center in Glynco, Georgia, where I received training to become a federal agent. Specifically, I have received certification in the Criminal Investigator Training Program and the ICE Special Agent Training Program, and the Department of Homeland Security Basic Computer Evidence Recovery Training.

2. From my training and experience, I know that individuals are trafficked for several purposes. Some forms of human trafficking involve involuntary servitude, peonage, debt bondage and slavery. Victims are often trafficked by force, fraud, and/or coercion. I am familiar with the federal laws regarding human trafficking, including 18 U.S.C. §§ 1591, 1594 and 18 U.S.C. §§ 2422(b).

3. This affidavit is submitted in support of a criminal complaint and arrest warrant charging **Luis David GARRIDO GARCIA** (Hereinafter "GARRIDO GARCIA") with Attempted Sex Trafficking of a Child, in violation of 18 U.S.C. §§ 1594(a), 1591(a)(1) and 1591(b)(2); and attempted coercion and enticement of a minor to engage in sexual activity, in violation of 18 U.S.C. §§ 2422(b).

4.   This affidavit is based on my firsthand knowledge of the investigation as well as information obtained from other members of law enforcement involved in the investigation. This affidavit does not include every fact known to me about the investigation, but rather only those facts I believe are sufficient to establish probable cause.

## STATEMENT OF FACTS

5.   Beginning on or about June 2026, law enforcement agents posted an advertisement (the "Advertisement") on a website commonly used to advertise commercial sex acts.[1] The Advertisement indicated that the poster was in the area of West Palm Beach, Florida. The Advertisement contained an image of what appeared to be a young female and the following language:

Petite, Hot and Ready **Incall/Car Dates**
Age: 35
I am: a woman
I see: men only
Fun sized and ready to play.
No Cops! No Games! Serious Only!
Call or Text
Se habla Espanol

6.   The Advertisement indicated that the person who would perform commercial sex acts was 35 years old.[2] The Advertisement depicted a female whose face was covered but was clearly much younger than 35. The Advertisement also contained a contact phone number (the "Advertisement Number"). Law enforcement agents monitored this line, and an undercover

---

[1] Based on my training and experience, I know that the internet is a global network of computers, which is a means and facility of interstate commerce. I also know that the website on which the Advertisement was posted is maintained by an entity that is located outside of the United States, and the advertisements posted on that website are viewable outside of Florida.

[2] Law enforcement agents used a website that is known for containing prostitution advertisements but requires users to be at least 18 years old. Based on my training and experience, I know that this website and others like it has been used by traffickers to advertise the commercial sex acts of children under the age of 18.

agent ("UC1") used it to communicate with potential sex buyers, including GARRIDO GARCIA.

7.   On June 27, 2026, GARRIDO GARCIA texted with UC1 using phone number ending in 3892. On June 27, 2026, UC1 and GARRIDO GARCIA engaged in the following text conversation in Spanish[3][4]:

---

[3] The original text conversation was conducted in Spanish. The English translation is provided below the original text messages.
[4] The blank chat messages with a call time reflect an incoming call from GARRIDO GARCIA.

| Direction | Content | Call Time |
|---|---|---|
| GARRIDO GARCIA | Hola cariño/ Hello Dear | |
| UC1 | Hola amor/ Hello Love | |
| GARRIDO GARCIA | Donde te puedo ver cuanto cobras/ Where can I see you and how much do you charge | |
| UC1 | 15 min 120 media hora 160 hora 220 en west palm/ 15 minutes 120 half hours 160 hour 220 in West Palm | |
| GARRIDO GARCIA | En que parte de wpb estas/ In what part of WPB are you | |
| UC1 | por forest hill y jog/ by forrest hill and jog | |
| GARRIDO GARCIA | A ver envíame tu dirección/ send me your address | |
| GARRIDO GARCIA | Y si puedes aceptar 100 voy lo más rápido posible/ and can you accept 100 I'll go as soon as possible | |
| UC1 | ella tiene 15 anos con exp y limpia esta bien?/ she is 15 years old with experience and clean that ok? | |
| UC1 | y tenemos que verificar por video llamada para confirmar que no eres policia/ and we have to verify by video call to verify you arent police | |
| GARRIDO GARCIA | Como así no entiendo bien/ how I don't understand well | |
| GARRIDO GARCIA | No soy policía de verdad/ I am not for real police | |
| UC1 | la del aviso tiene 15 es mi sobrina/ to verify that my neice is 15 | |
| GARRIDO GARCIA | Si lo fuera no buscará este tipo de servicios/ if I was (police) I wouldn't be looking for services | |
| GARRIDO GARCIA | Enserió y cuantos años tienes tu/ really and how old are you | |
| GARRIDO GARCIA | Y tu no haces servicio o eres hombre/ and you don't do services or are you a man | |
| GARRIDO GARCIA | Hey/ hey | |
| GARRIDO GARCIA | ???/ ??? | |
| GARRIDO GARCIA | | 0:07 |
| GARRIDO GARCIA | Óyeme me quedé esperando la llamada/ listen I stayed waiting for the call | |
| UC1 | no amor yo no hago servicios ya/ no my love I don't do services | |
| UC1 | soy mujer ella es mi sobrina/ im a woman that's my neice | |
| GARRIDO GARCIA | Esta bien envíame la dirección bebe y cuando cobras/ that's ok send me the direction babe and how much | |
| UC1 | nosotros tenemos que hacer una llamada por video llamada para verificar quien eres/ we have to make a call to verify who you are | |
| GARRIDO GARCIA | Esta bien llámame a este número | |
| UC1 | que buscas hacer 15 mins 120 media hora 160 una hora 220/ what are you looking to do 15 min 120 half hour 160 an hour 220 | |
| GARRIDO GARCIA | 15 minutes/ 15 minutes | |
| GARRIDO GARCIA | Tengo 100/ I have 100 | |
| GARRIDO GARCIA | | 2:01 |
| GARRIDO GARCIA | Si puedes o 120 fijo/ can you or 120 firm | |
| UC1 | que quieres hacer con ella para saber si podemos con los 100/ what do you want to do with her we can do 100 | |
| UC1 | tienes facetime/ do you have facetime | |
| GARRIDO GARCIA | Oye lo normal un sexo con cariño yo tengo 25 años y no la voy a maltratar/ hey normal sex with affection Im 25 years old and im not going to mistreat | |
| GARRIDO GARCIA | Solo tener sexo una que otra posición y ya/ just sex with one position and that's it | |
| UC1 | ok bb te llamo en 10 mins/ ok bb ill call in 10 min | |
| GARRIDO GARCIA | Ok/ ok | |
| GARRIDO GARCIA | Llámame por WhatsApp/ call me through whatsapp | |
| UC1 | no se que le pasa a mi whatsapp llamame tu en 2 mins/ don't know what happened with my whatsappyou call me in 2 min | |
| GARRIDO GARCIA | Ok yo te llamo en 2 minutos por WhatsApp/ ok ill call you in 2 minutes through whatsapp | |

8.   June 27, 2026, a video call occurred between GARRIDO GARCIA, UC1, and the fictious 15-year-old (UC2)[5], who is also a UC. The video call was recorded by law enforcement. GARRIDO GARCIA video called UC1 from a phone number ending in 7193. During the video call, GARRIDO GARCIA observed UC2 and acknowledged that she was 15 years old.

9.   UC1 informed GARRIDO GARCIA that UC2 was 15 years old and that he (GARRIDO GARCIA) could not leave marks or bites. GARRIDO GARCIA agreed to the requirement.

10. On June 27, 2026, GARRIDO GARCIA arrived at a pre-determined location in the greater West Palm Beach area. Upon GARRIDO GARCIA's arrival, law enforcement officers who were set up nearby arrested him. After a search incident to arrest, GARRIDO GARCIA was found to be in possession of $100 and a box of condoms. GARRIDO GARCIA also was found to be in possession of 4 cellphones. When the number 7193 was called, law enforcement observed the cellphone in his possession ring.

11. GARRIDO GARCIA was transported to a different location where he was interviewed. GARRIDO GARCIA was advised of his Miranda rights in his native Spanish language and agreed to speak with law enforcement.

12. During the post-Miranda interview, GARRIDO GARCIA admitted to traveling to meet the 15-year-old girl for sex. GARRIDO GARCIA acknowledged that the chats presented above belonged to him (GARRIDO GARCIA). GARRIDO GARCIA also stated the phone number ending in 3892 was from a texting application that he deleted from his cell phone prior

---

[5] UC2 is an adult that was posing in an undercover capacity as a 15-year-old teenager.

to his arrest. He also identified himself in a screenshot of the recorded video call with UC1 and UC2.

## CONCLUSION

13. Based on the foregoing, I respectfully submit that there is probable cause to support a criminal complaint charging GARRIDO GARCIA with: (1) Attempted Sex Trafficking of a Child, in violation of 18 U.S.C. §§ 1594(a), 1591(a)(1) and 1591(b)(2); and (2) Attempted Coercion and Enticement of a Minor to Engage in Sexual Activity, in violation of 18 U.S.C. §§ 2422(b).

FURTHER YOUR AFFIANT SAYETH NAUGHT

SCOTT J UNGER
Digitally signed by SCOTT J UNGER
Date: 2026.06.28 00:42:11 -04'00'

Scott Unger
Special Agent
Homeland Security Investigations

Sworn and attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this 28 day of June 2026.

WILLIAM MATTHEWMAN
CHIEF UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**:   Luis David Garrido Garcia

**Case No**:   26-mj- 8 5 0 1 - W M

Count #: 1

Attempted Sex Trafficking of a Child

18 U.S.C. §§ 1594(a), 1591(a)(1) and 1591(b)(2)
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years
* **Max. Supervised Release:** 5 years to life
* **Max. Fine:**  $250,000

Count #: 2

Attempted Coercion and Enticement of a Minor to Engage in Sexual Activity

18 U.S.C. §§ 2422(b)
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years
* **Max. Supervised Release:** 5 years to life
* **Max. Fine:** $250,000

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include
restitution, special assessments, parole terms, or forfeitures that may be applicable.**